# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **DONNA LOUVIER** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO._____ |
| | § | |
| **STATE FARM LLOYDS** | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant State Farm Lloyds files this Notice of Removal, because diversity of citizenship jurisdiction exists under 28 U.S.C. § 1332.

## Procedural Background

1. On August 9, 2019, Donna Louvier filed Plaintiff's Original Petition against State Farm Lloyds in Cause No. B190299-C in the 163rd Judicial District Court of Orange County, Texas.

2. State Farm Lloyds was served with Citation and a copy of Plaintiff's Original Petition on August 21, 2019. The statutory deadline to remove this action under 28 U.S.C § 1446(b)(1) is 30 days after Defendant's receipt of the initial pleading, in this case, September 20, 2017.

3. State Farm timely files this Notice of Removal under 28 U.S.C. § 1446, to remove the State Court Action from the 163rd Judicial District Court of Orangae County, Texas, to the U.S. District Court for the Eastern District of Texas, Beaumont Division.

4. Plaintiff's Original Petition filed in the State Court Action included a jury demand and indicates that the jury fee has been tendered.

## Nature of the Suit

5. This lawsuit involves a dispute over the payment of insurance proceeds and the handling of plaintiffs' insurance claim resulting from a windstorm on or about August 29, 2016. Plaintiffs assert causes of action for (1) breach of the insurance contract; (2) violations of the Texas Insurance Code and the Deceptive Trade Practices Act; (3) breach of the common law duty of good faith and fair dealing; and (4) fraud

6. Plaintiff alleges that Defendant is liable for delayed payments in an amount in excess of $200,000.00.

## Basis for Removal

7. This Court has original jurisdiction under 28 U.S.C. § 1332 over this civil action, and the action may be removed by defendant pursuant to 28 U.S.C. § 1441(b), in that it is a civil action between citizens of different states, and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

### A.     Diversity of the Parties

8.     Removal is proper because there is and was complete diversity between the parties under 28 U.S.C. § 1332 both at the time of the filing of Plaintiff's Original Petition and at the time of its removal to this Court.

9.     Plaintiff was, at the time this action was commenced, and still is, a citizen of the State of Texas.  Plaintiff's Original Petition alleges that she was a property owner in Orange County, Texas.

10.     Defendant State Farm Lloyds was at the time this action was commenced and still is a "Lloyd's Plan" organized under Chapter 941 of the Texas Insurance Code.  It consists of an association of underwriters who, at the time this civil action was commenced, were, and still are, citizens of the states of Illinois, Arizona or Tennessee, making State Farm Lloyds a citizen of those states for diversity purposes.  *See Royal Ins. Co. of America v. Quinn-L Capital Corp.*, 3 F.3d 877, 882 (5th Cir. 1993).  None of the underwriters were citizens of the state of Texas on the date Plaintiff initiated this lawsuit or on the date of removal.

### B.     Amount in Controversy

11.     The value of the matter in controversy exceeds $75,000.00, exclusive of interest and costs.  As an initial matter, Plaintiff affirmatively states in her Petition that she seeks "monetary relief over $137,388.05." Plaintiff's Petition further seeks

damages of any kind, penalties, costs, expenses, pre-judgment and post-judgment interest, and attorneys' fees.

## Removal is Procedurally Correct

12.     Defendant State Farm Lloyds was served with process on August 21, 2019, and has entered an appearance in the state court action.  Therefore, defendant filed this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b).

13.     Venue is proper in this district under 28 U.S.C. § 1446(a) because this district and division embrace the place in which the removed action was pending and because a substantial part of the events giving rise to the Plaintiff's claims allegedly occurred in this district.

14.     Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, all pleadings, process, orders, docket sheets, index of matters filed, list of all counsel of record, and all other filings in the state court action are attached as Exhibit B to this notice.

15. Pursuant to 28 U.S.C. § 1446(d), Defendant will provide prompt written notice of the filing of this Notice of Removal to Plaintiff and will file a notice with the Clerk of the District Court for Orange County, Texas.

## Attachments

16. Pursuant to 28 U.S.C. § 1446(a), Local Rule 3, and Local Rule 81, the following exhibits are attached hereto and incorporated herein by reference for all purposes:

   a. Exhibit A:   Certified copy of the state court docket sheet;

   b. Exhibit B:   Index and copies of pleadings, answers, processes and orders;

   c. Exhibit C:   List of parties and counsel;

   d. Exhibit D:   Record of parties requesting trial by jury; and

   e. Exhibit E:   Statement regarding case status.

## Jury Demand

17. Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant demands a trial by jury.

## Prayer

18. Defendant respectfully requests that the State Court Action be removed and placed on this Court's docket for further proceedings.  Defendant further requests any additional relief to which it may be entitled.

Respectfully submitted,

ORGAIN BELL & TUCKER, LLP
560 S. Fourth Street
Silsbee, Texas 77656
(409) 386-0386 Telephone
(409) 386-0900 Facsimile

By   s/ David J. Fisher
    Attorney-in-charge
    David J. Fisher
    Southern District ID No. 32736
    Email: djf@obt.com
    Donean Surratt
    Southern District ID No. 18696
    E-mail: sds@obt.com

**ATTORNEYS FOR DEFENDANT STATE FARM LLOYDS**

### CERTIFICATE OF SERVICE

This is to certify that on this 20th day of September, 2019, a true and correct copy of this Notice of Removal was served upon counsel of record for Plaintiff by electronic filing through PACER:

David Dies
DIES LAW OFFICES
1703 Strickland Drive
Orange, Texas 77630

    /s/ David J. Fisher
    David Fisher